```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EVENT PRODUCTIONS INC., etc., <br><br> Defendant. | NO. C 08 4877 BZ <br><br> JUDGMENT PURSUANT TO STIPULATION |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, and defendant, EVENT PRODUCTIONS INC., a California corporation, have entered into a stipulation which provides for judgment against defendant in the amount of $10,880.87,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE, have and recover judgment against EVENT PRODUCTIONS INC., a California corporation, in the amount of $10,880.87, which amount is composed of the following:

a.  The balance of contributions due for the month of July 2008 on Account Number 80599 in the amount of $852.09;

JUDGMENT PURSUANT TO STIPULATION                                      1

      b.   Liquidated damages for the months of July through December 2008 in the amount of $9,301.16;

      c.   Interest due pursuant to contract in the amount of $227.62; and

      d.   Costs of suit incurred in this matter in the amount of $500.00.

Dated: __July 24, 2009__

_____
Magistrate Judge Bernard Zimmerman

THE CLERK SHALL CLOSE THIS FILE.

JUDGMENT PURSUANT TO STIPULATION    2